7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Garry Leon Elliott and Teresa Dianne Elliott
*Debtor*

*Bankruptcy Case No.*
13–30344–can7

**Norman Rouse**
    Plaintiff(s)

*Adversary Case No.*
13–03018–can

v.

**Security Bank of Southwest Missouri**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: judgment is entered in favor of Plaintiff Norman Rouse, the Chapter 7 Trustee, and against Defendant Security Bank of Southwest Missouri on his complaint to avoid lien.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 8/5/14

Court to serve